

2015 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-9-2015

# USA v. Tuyen Pham

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2015

Recommended Citation

"USA v. Tuyen Pham" (2015). *2015 Decisions.* Paper 705.
http://digitalcommons.law.villanova.edu/thirdcircuit_2015/705

This July is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2015 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 13-3144
_____


UNITED STATES OF AMERICA

v.

TUYEN QUANG PHAM,
                            Appellant


_____


On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(E.D. Pa. 5-08-cr-00427-004)
District Judge:  Honorable Legrome D. Davis
_____


Submitted Pursuant to Third Circuit LAR 34.1(a)
July 9, 2015

Before:  FISHER, JORDAN and HARDIMAN, *Circuit Judges*.


_____

JUDGMENT ORDER
_____


       This cause came on to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on September 8, 2014.  After consideration of all contentions raised by the Appellant, it is now hereby

       ORDERED and ADJUDGED by this Court that the judgment of the District Court entered June 27, 2013, be and the same is hereby VACATED for the same reasons stated in this Court's decision in *United States v. Bui*, 769 F.3d 831 (3d Cir. 2014). Appellant's

petition is GRANTED and the case is REMANDED for further proceedings consistent with this order.

By the Court,
 s/ D. Michael Fisher
Circuit Judge


Attest:

 s/Marcia M. Waldron
Clerk

Dated: July 9, 2015